**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ____ **Category No.** ____ **Investigating Agency** IRS-CI

**City** Revere

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ____ Case No. ____

Same Defendant ____ New Defendant ____

Magistrate Judge Case Number 26-mj-1532-DLC

Search Warrant Case Number 26-mj-1533-DLC

R 20/R 40 from District of ____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ____ ☐ Yes ☑ No

**Defendant Information:**

Defendant Name MARIA AUXILIADORA REZENDE Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ____

Address: Revere, MA

Birth date (Yr only): 1960 SSN (last 4#): 6646 Sex: F Race ____ Nationality: Brazilian

**Defense Counsel if known:** ____ Address: ____

Bar Number: ____

**U.S. Attorney Information**

AUSA: Kristen A. Kearney Bar Number if applicable: 669940

**Interpreter:** ☑ Yes ☐ No List language and/or dialect: Portuguese

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** ____

**Arrest Date:** ____

☐ Already in Federal Custody as of ____ in ____.

☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/10/2026 Signature of AUSA: /s/ Kristen A. Kearney

**District Court Case Number** (To be filled in by deputy clerk): ____________________

**Name of Defendant** MARIA AUXILIADORA REZENDE

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**