IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 26-mj-1532-DLC |
| | ) | |
| MARIA AUXILIADORA REZENDE | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S MOTION TO UNSEAL COMPLAINT**

The United States hereby respectfully moves the Court to direct that the criminal complaint be unsealed, the attached redacted affidavit be made available on the public docket, and the defendant be provided with the fully unredacted affidavit. As grounds for this motion, the government states that the defendant was arrested on November 10, 2026. The affidavit in support of the criminal complaint identifies uncharged co-conspirators and/or potential victims, whose information is not normally in the public record. The attached redacted affidavit redacts the names of those co-conspirators and/or potential victims for filing on the public docket. The defendant would still be provided with the unredacted affidavit.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Kristen A. Kearney*
KRISTEN A. KEARNEY
Assistant U.S. Attorney

Date: 11/10/2026