UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIA AUXILIADORA REZENDE,<br><br>Defendant | Criminal No. 26cr10309<br><br>Violation:<br><br><u>Count One</u>: Wire Fraud<br>(18 U.S.C. § 1343)<br><br><u>Forfeiture Allegation</u>:<br>(18 U.S.C. § 981(a)(1)(C) and<br>28 U.S.C. § 2461) |

## INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1. Defendant MARIA AUXILIADORA REZENDE lived in Massachusetts.

2. Victim A lived in Massachusetts.

### Scheme to Defraud

3. Beginning in or about 2013 and continuing through in or about November 2026, REZENDE defrauded Victim A into entering a contract with her to hold farmland she claimed to have inherited in Brazil and into sending her money for purported Brazilian inheritance tax payments on that farmland and for legal fees associated with the farmland, when in fact there was no farmland, inheritance tax, legal fees, or lawyers.

4. As a result of the scheme, REZENDE caused Victim A to send more than $1 million to REZENDE and her associates in connection with the non-existence farmland.

COUNT ONE
Wire Fraud
(18 U.S.C. § 1343)

The Grand Jury charges:

5. The Grand Jury re-alleges and incorporates by reference paragraphs 1-4 of this Indictment.

6. On or about August 15, 2023, in the District of Massachusetts, and elsewhere, the defendant,

MARIA AUXILIADORA REZENDE,

having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing the scheme to defraud, to wit: a $15,000 Zelle payment from Victim A for a purported Brazilian inheritance tax on the purported farmland known as Rio Quente 1 and 2.

All in violation of Title 18, United State Code, Section 1343.

FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

7. Upon conviction of the offense in violation of Title 18, United States Code, Section 1343, set forth in Count One, the defendant,

MARIA AUXILIADORA REZENDE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

8. If any of the property described in Paragraph 7, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant—

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 7 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

[redacted]

FOREPERSON

Kristen A Kearney

KRISTEN A. KEARNEY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: NOVEMBER 12, 2026
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo

DEPUTY CLERK